Carlos Somoza
239 Lafayette Street
Newark, NJ 07105

August 2, 2011

Certified Mail
RETURN RECEIPT REQUESTED

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

*The request for an additional 14 days to answer is granted.*

*So Ordered this 12th day of August, 2011*

RE: SUMMONS IN A CIVIL CASE
     CASE NUMBER: Io Group, Inc. v. Carlos Somoza, No. 3:11-cv-02748 (D.N.J.)

Dear Clerk of Court:

I hereby request a 14-day extension to my case (Io Group, Inc. v. Carlos Somoza, No. 3:11-cv-02748 (D.N.J.).

I am a flight attendant and because of my flights schedule, my current financial situation, and health condition, I have found it difficult to obtain an attorney to represent me in this matter given the time allotted to me.

Last year I entered a debt reduction program with my creditors. Because a letter from one of my creditors was not answered in November of last year by the program's attorneys, on May 31, 2011, judgment against me was passed without my knowledge. On June 26, both my savings and checking accounts were liquidated, and a levy placed on all of my personal property. Since I had no funds for over 3 weeks, I could not purchase and replace my Insulin as I am an insulin dependant diabetic. On July 23rd, I was found unconscious and rushed to the emergency room because of my medical condition. I was released on the 25th of July, and on the 26th, I was handed the summons by an officer at my front door for *THIS* case: (Io Group, Inc. v. Carlos Somoza, No. 3:11-cv-02748 (D.N.J.).

I have tried to locate an attorney but it has become very difficult because of my finances. It is a simple case as I was no longer residing at said address on the date of the alleged copyright infringement complaint. I had moved out of the apartment in March of 2010 to

assist a friend who needed a heart and kidney transplant, and I was living with him throughout his hospital stays. The only reason I maintained the open "wifi" internet service at the address where the alleged infringement took place was as a courtesy to my ex-roommate, whose name was also on the lease. I had to give him 90 days advance notice of moving out, and to carry out the term of the lease. I have tried unsuccessfully to contact him since this complaint was filed back in February of this year.

Upon your request, I can provide you with copies of my hospital release report, a copy of the bank levy order, or written testimony from my friend attesting to where I was living at the time of the alleged copyright infringement complaint, if it would be required for your consideration in this matter. Thank you.

Sincerely,

Carlos Somoza