VERDIRAMO & VERDIRAMO, ESQS., PA
3163 Kennedy Blvd.
Jersey City, NJ  07306
Phone: 201-798-7082
Facsimile: 201-798-4627
e-mail: verdiramo@aol.com

<u>Attorneys for Plaintiff</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, | CIVIL NO. 3:11-cv-02748-MLC-LHG |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS MATTER WITH PREJUDICE** |
| CARLOS SOMOZA, | |
| Defendant. | |

**WHEREAS,** the parties have reached a confidential settlement agreement and release of claims resolving the claims set forth in the Complaint in this matter; and

**WHEREAS,** the parties stipulate to the dismissal of this action with prejudice;

1

NOW, THEREFORE, the Parties **STIPULATE** dismiss this matter with prejudice.

**IT IS SO STIPULATED**

Dated: 10/24/11

By: /s/ *Vincent S. Verdiramo*
VINCENT SAVINO VERDIRAMO
VERDIRAMO & VERDIRAMO, ESQS. PA
3163 Kennedy Blvd.
Jersey City, NJ  07306
Phone: 201-798-7082
Facsimili: 201-798-4627
e-mail: verdiramo@aol.com,
for Plaintiff Io Group, Inc.

Date: 10/24/11

By:
CARLOS SOMOZA
Defendant, *pro per*