VERDIRAMO & VERDIRAMO, ESQS., PA
3163 Kennedy Blvd.
Jersey City, NJ 07306
Phone: 201-798-7082
Facsimile: 201-798-4627
e-mail: verdiramo@aol.com

<u>Attorneys for Plaintiff</u>

RECEIVED
OCT 31 2011
AT 8:30
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, | ) ) ) ) CIVIL NO. 3:11-cv-02748-MLC-LHG |
| Plaintiff, | ) ) |
| vs. | ) STIPULATION TO DISMISS ) MATTER WITH PREJUDICE ) |
| CARLOS SOMOZA, | ) ) |
| Defendant. | ) |

**WHEREAS**, the parties have reached a confidential settlement agreement and release of claims resolving the claims set forth in the Complaint in this matter; and

**WHEREAS**, the parties stipulate to the dismissal of this action with prejudice;

NOW, THEREFORE, the Parties STIPULATE dismiss this matter with prejudice.

IT IS SO STIPULATED

Dated: 10/24/11

By: /s/ Vincent S. Verdiramo
VINCENT SAVINO VERDIRAMO
VERDIRAMO & VERDIRAMO, ESQS. PA
3163 Kennedy Blvd.
Jersey City, NJ 07306
Phone: 201-798-7082
Facsimili: 201-798-4627
e-mail: verdiramo@aol.com,
for Plaintiff Io Group, Inc.

Date: 10/24/11

By: 
CARLOS SOMOZA
Defendant, *pro per*

SO ORDERED: Mary L. Cooper
MARY L. COOPER, U.S.D.J.

10/31/11